RUSSELL *v.* CHITTENDEN.

TAX DEEDS—VALIDITY OF DECREE—DOLLAR MARK.
> A tax deed is void where the decree on which it is based contains no dollar mark to indicate the amount decreed against the land.

Error to Gratiot; Daboll, J. Submitted February 1, 1900. Decided March 27, 1900.

Trespass by Orr H. Russell against Charles E. Chittenden and others for cutting timber. From a judgment for defendants, plaintiff brings error. Reversed.

*John O. Zabel* and *John T. Mathews*, for appellant.
*Searl & Kirby*, for appellees.

PER CURIAM.   Plaintiff, the owner of the government title to certain land, brought an action for trespass in cutting timber.   The damage to the land is fixed by the finding at $100.   Defendants justified under a tax deed.

The purported decree contains no amount, as there is no dollar mark.   It is said that this question was not raised in the court below.   In this counsel are mistaken. The amended findings explicitly cover the point.   The case is ruled by *Millard* v. *Truax*, 99 Mich. 157 (58 N. W. 70); *McKinnon* v. *Meston*, 104 Mich. 642 (62 N. W. 1014); *Case* v. *Skinner*, 121 Mich. 206 (79 N. W. 1093).

Judgment reversed, and judgment entered for the plaintiff in the sum of $100, with costs of both courts.